FILED:  January 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-4565 (L)**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

DRICKO DASHON HUSKEY, a/k/a Drizzy,

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed January 8, 2024, as follows:

On page 2, the Decided date is corrected to read, "January 8, 2024."

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk